877 A.2d 1176

IN THE MATTER OF H. NEIL BRODER, A/K/A HERBERT
N. BRODER, AN ATTORNEY AT LAW (ATTORNEY
NO. 277361972).

May 24, 2005.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 04–427, concluding that **H. NEIL BRODER,**

a/k/a **HERBERT N. BRODER**, of **LIVINGSTON**, who was admitted to the bar of this State in 1972, should be reprimanded for violating *RPC* 1.15(a) (negligent misappropriation of trust funds) and *RPC* 1.15(d) (recordkeeping violations) and *Rule* 1:21–6 (recordkeeping violations), and good cause appearing;

It is ORDERED that **H. NEIL BRODER, a/k/a HERBERT N. BRODER**, is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.